| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) HAMILTON, JEAN C | 2. Court or Organization U.S. DISTRICT COURT, ED/MO | 3. Date of Report 5/2/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address 111 SOUTH TENTH STREET ST. LOUIS, MO 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Hillcrest Subdivision |
| 2. Commissioner | St. Louis Art Museum |
| 3. Trustee (through August 7, 2005) | Trust #1 |
| 4. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | No reportable agreements entered into in 2005. The agreement entered into with The Mitchie Company |
| 2. | on March 24, 1993, and reported in my 1993 Financial Disclosure report remains in effect. |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | HAMILTON, JEAN C | 5/2/2006 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 4/14 – 10/19/05 | Royalties from the Mitchie Co. (Reed-Elservier Inc. d/b/a Lexis Law Publishing) paid in 2005 | 105.40 |
| 2. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. David A. Blanton | Sept. 19-24 Montreal, Quebec Canada (lodging, partial food, partial transportation) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David A. Blanton | Apparel | $612 est. |
| 2. | David A. Blanton | Jewelry | $3,000 est. |
| 3. | David A. Blanton | Books | $50 est. |
| 4. | David A. Blanton | Decorative item | $25 est. |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, JEAN C | 5/2/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American Tel. & Tel. - com. | | Dividend | | | donated stock | 11/19 | | | |
| 2. Bell South - com. | | Dividend | | | | | | | |
| 3. Exxon Mobil - com. | | Dividend | | | | | | | |
| 4. Dreyfus Liquid Assets - money market fund | | Dividend | | | | | | | |
| 5. Dreyfus Tax Exempt Bond Fund | | Dividend | | | | | | | |
| 6. U.S. Bank -- 2 accounts. | | Interest | | | | | | | |
| 7. IRA-Putnam Voyager Fund | | Dividend | | | | | | | |
| 8. Bristol Myers Squibb - com. | | Dividend | | | | | | | |
| 9. Coca Cola - com. | | Dividend | | | | | | | |
| 10. IBM - com. | | Dividend | | | | | | | |
| 11. Proctor & Gamble - com. | | Dividend | | | | | | | |
| 12. Minn. Mining & Mfg. - com. | | Dividend | | | | | | | |
| 13. General Electric - com. | | Dividend | | | | | | | |
| 14. Walt Disney - com. | | Dividend | | | | | | | |
| 15. Motorola - com. | | Dividend | | | | | | | |
| 16. Altria - com. | | Dividend | | | | | | | |
| 17. Pfizer - com. | | Dividend | | | | | | | |
| 18. Lucent Techologies - com. | | Dividend | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, JEAN C | 5/2/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Solutia - com. | | None | | | | | | | |
| 20. Home Depot - com. | A | Dividend | | | | | | | |
| 21. American International Group - com. | | Dividend | | | | | | | |
| 22. Energizer - com. | | None | | | | | | | |
| 23. Avaya - com. | | None | | | | | | | |
| 24. AT&T Wireless-com. | | None | | | merger in 04 | 3/10 | | | See Part VIII |
| 25. Agere Systems, Inc. - com. | | None | | | sold | 7/9 | | | |
| 26. Monsanto - com. | A | Dividend | | | | | | | |
| 27. Trust #1 Vanguard Short Term Tax Exempt Fund | | Dividend | | | resigned | 8/7 | | | See Part VIII |
| 28. Freescale Semiconductor, Inc. - com. | | None | | | | | | | |
| 29. Brokerage Account #1 | | Interest | | | | | | | |
| a. Coca Cola - com. | | Dividend | | | Buy | 4/20 | | | |
| b. Exon Mobil - com. | | None | | | Buy | 4/20 | | | |
| c. Home Depot - com. | | Dividend | | | Buy | 4/20 | | | |
| d. IBM - com. | A | Dividend | | | Buy | 4/20 | | | |
| e. Minn. Mining & Mfg - com. | | Dividend | | | Buy | 4/20 | | | |
| f. Monsanto - com. | | Dividend | | | Buy | 4/20 | | | |
| g. Motorola - com. | | Dividend | | | Buy | 4/20 | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K =    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, JEAN C | 5/2/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| h. Proctor & Gamble - com | | Dividend | | | Buy | 4/20 | | | |
| 30. Comcast - com. | | None | | | | | | | See Part VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HAMILTON, JEAN C | 5/2/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

With respect to Section I. Positions, my tenure as an Advisory Commissioner ended on December 31, 2004 and I became a Commissioner on January 1, 2005.

I resigned as a trustee of Trust #1 on August 7, 2005.

My term as a member of the Board of Directors of Missouri Women's Forum ended on December 31, 2004.

With respect to Section VII, line 24, AT&T Wireless merged with Cingular in 2004, but I did not receive any proceeds until March, 2005.

With respect to Section VII, line 27, I resigned as trustee on August 7, 2005. With respect to Section VII, Line 30, ComCast was inadvertently omitted from the disclosure report filed in 2005. No income was received from ComCast in 2004 or 2005.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HAMILTON, JEAN C | 5/2/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date  *May 2, 2006*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544